## State of Vermont v. Bradbury V. Bacon

[406 A.2d 382]

No. 31-79

Present: Barney, C.J., Daley, Larrow and Hill, JJ., and Smith, J. (Ret.), Specially Assigned

Opinion Filed September 10, 1979

*Dale O. Gray*, Caledonia County State's Attorney, and *Christopher B. Leopold*, Deputy State's Attorney, St. Johnsbury, for Plaintiff.

*James L. Morse*, Defender General, and *William A. Nelson*, Appellate Defender, Montpelier, and *David A. Howard*, Public Defender, St. Johnsbury, for Defendant.

Per Curiam. This case, a conviction for driving a motor vehicle upon a public highway while under license suspension (23

V.S.A. § 674), was argued and submitted along with *State v. Putnam*, 137 Vt. 410, 407 A.2d 161, this day decided. The same legal considerations admittedly govern its determination. In this case, as in *Putnam, supra,* at least one suspension was challenged only by the claim that authority to impose it was illegally delegated within the Department of Motor Vehicles. As we held in *Putnam*, this challenge does not reach jurisdiction of person or subject matter in the suspension proceeding, and is not appropriate for collateral attack in the criminal prosecution.

*Judgment affirmed.*